HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN PEDER, for herself and as assignee of the CHAPTER 7 BANKRUPTCY ESTATE OF X10 WIRELESS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE INDEMNITY COMPANY also doing business as SCOTTSDALE INSURANCE COMPANY, an insurer authorized by the Washington insurance commissioner, and FREEDOM SPECIALTY INSURANCE COMPANY, an insurer authorized by the Washington insurance commissioner, <br><br> Defendants. | NO. 2:17-cv-01868-RSL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS SCOTTSDALE INDEMNITY COMPANY'S AND FREEDOM SPECIALTY INSURANCE COMPANY'S TIME TO ANSWER THE COMPLAINT <br><br> **[CLERK'S ACTION REQUIRED]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Susan Peder and Defendants Scottsdale Indemnity Company and Freedom Specialty Insurance Company, and subject to the Court's approval, that Defendants Scottsdale Indemnity Company and Freedom Specialty Insurance Company shall have until January 11, 2018 to answer the Complaint.

//

//

{DFS1662636.DOCX;1/00335.002130/ }
STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION
FOR DEFENDANTS' ANSWER TO COMPLAINT- 1
NO. 2:17-cv-01868-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 19th day of December, 2017.

| FOSTER PEPPER PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By  s/Bradley W. Hoff<br>    Bradley W. Hoff, WSBA #23974<br>    Jason R. Donovan, WSBA #40994<br>    1111 Third Avenue, Suite 3000<br>    Seattle, Washington 98101<br>    Tel: 206.447.4400<br>    Fax: 206.447-9700<br>    bradley.hoff@foster.com<br>    j.donovan@foster.com<br>    Attorneys for Plaintiff Susan Peder | By  s/Daniel F. Shickich<br>    Geoff Bridgman, WSBA #25242<br>    Daniel F. Shickich, WSBA #46479<br>    901 Fifth Avenue, Suite 3500<br>    Seattle, Washington 98164-2008<br>    Tel: 206.447.7000<br>    Fax: 206.447.0215<br>    gbridgman@omwlaw.com<br>    dshickich@omwlaw.com<br>    Attorneys for Defendants Scottsdale<br>    Indemnity Company and Freedom<br>    Specialty Insurance Company |

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendants Scottsdale Indemnity Company and Freedom Specialty Insurance Company to answer Plaintiff's Complaint is extended to January 11, 2018.

DATED this 26th day of December, 2017.

_____
The Honorable Robert S. Lasnik
United States District Judge

{DFS1662636.DOCX;1/00335.002130/ }
STIPULATION AND [PROPOSED] ORDER RE EXTENSION
FOR DEFENDANTS' ANSWER TO COMPLAINT- 2
NO. 2:17-cv-01868-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 19th day of December, 2017 I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 19th day of December, 2017.

                                      s/Daniel Shickich, WSBA #46479
                                      Daniel Shickich

{DFS1662636.DOCX;1/00335.002130/ }
STIPULATION AND [PROPOSED] ORDER RE EXTENSION
FOR DEFENDANTS' ANSWER TO COMPLAINT- 3
NO. 2:17-cv-01868-RSL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215