# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN PEDER,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTTSDALE INDEMNITY COMPANY, et al.,<br><br>    Defendants. | Case No. 2:17-CV-1868<br><br>ORDER VACATING JUDGMENT |

This matter comes before the Court *sua sponte*. By an order dated August 8, 2019, the Court granted plaintiff's motion for partial summary judgment, Dkt. #24, and denied defendants' motion for partial summary judgment, Dkt. #26. See Dkt. #41. As these cross-motions concerned only coverage and policy interpretation issues, id. at 5, the Court hereby VACATES the judgment entered in favor of plaintiff on August 13, 2019. Dkt. #42.

DATED this 21st day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING JUDGMENT - 1