The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN PEDER, for herself and as assignee of the CHAPTER 7 BANKRUPTCY ESTATE OF X10 WIRELESS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE INDEMNITY COMPANY also doing business as SCOTTSDALE INSURANCE COMPANY, an insurer authorized by the Washington insurance commissioner, and FREEDOM SPECIALTY INSURANCE COMPANY, an insurer authorized by the Washington insurance commissioner, <br><br> Defendants. | No. 2:17-cv-01868 RSL <br><br> JOINT STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE <br><br> **NOTE ON MOTION CALENDAR: OCTOBER 15, 2019** |

Plaintiff Susan Peder and Defendants Scottsdale Indemnity Company and Freedom Specialty Insurance Company, by and through their undersigned counsel of record, jointly move for dismissal of this action, and all claims and counterclaims arising out of the same subject matter that were or could have been asserted in this action, with prejudice and without an award of costs or expenses to either party.

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE - 1
No. 2:17-cv-01868 RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53527004.1

1   DATED this 14th day of October, 2019.

2
s/ Bradley W. Hoff
Bradley W. Hoff, WSBA #23974
Jason R. Donovan, WSBA #40994
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-2911
Facsimile: (206) 749-1953
Email: bradley.hoff@foster.com
        j.donovan@foster.com

*Attorneys for Plaintiff*

s/ Daniel F. Shickich
Geoff Bridgman, WSBA #25242
Daniel F. Shickich, WSBA #46479
OGDEN MURPHY WALLACE PLLC
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: (206) 447-7000
Facsimile: (206) 447-0215
Email: gbridgment@omwlaw.com
        dshickich@omwlaw.com

*Attorneys for Defendants Scottsdale Indemnity Company and Freedom Specialty Insurance Company*

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE - 2
No. 2:17-cv-01868 RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53527004.1

## ORDER

IT IS SO ORDERED.

DATED this 25th day of October, 2019.

*Robert S Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

JOINT STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE - 3
No. 2:17-cv-01868 RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

FG:53527004.1